IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) CASE NO: C-1-00-0157 |
| vs. | ) |
| | ) |
| TIM S. ROBERTS, | ) JUDGE BECKWITH |
| | ) MAGISTRATE JUDGE BLACK |
| SSN: XXX-XX-6127 | ) |
| Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| The Christ Hospital | ) |
| | ) |
| Garnishee. | ) |

## ANSWER OF THE GARNISHEE

__BONNIE MEDLOCK__, BEING DULY SWORN DEPOSES AND SAYS:
(Affiant)

A. That he/she is the __HRMS SPECIALIST__ (state official title, relationship, etc.) of Garnishee, The Christ Hospital.

B. On __7-28-04__, 2004, Garnishee was served with the Writ of Continuing Garnishment. As of this date of service Garnishee has custody, control or possession of earnings because the Debtor is or was in my/our employ. __✓__ Yes ____ No. (If the answer is yes, complete items 1 and 2 below):

1. Debtor's pay period is ____ weekly, __✓__ bi-weekly, ____ semi-monthly, ____ monthly. Enter the date the present pay period began. __8-1-04__ ("Present" means the pay period in which this order and notice of garnishment were served) Enter the date the above pay period ends. __8-14-04__

## ATTACHMENT TO ANSWER OF GARNISHEE

**The Original Answer must be mailed to:**

>Clerk U.S. District Court
>U.S. Postoffice & Courthouse, Rm #326
>Cincinnati, OH  45202

**and a copy of this Answer to:**

>Deborah F. Sanders
>Assistant United States Attorney
>Southern District of Ohio
>303 Marconi Boulevard, Suite 200
>Columbus, Ohio  43215-2401

**and a copy of this Answer to the Defendant:**

>Tim S. Roberts
>6611 Hearne Rd., Apt. 98
>Cincinnati, OH  45248

2. The amount of the Debtor's net wages are: $11.85 per hour pay varies according to hours worked each pay
   a) Gross Pay   _____
   b) Federal Income Tax   _____
   c) F.I.C.A. Income Tax   _____
   d) State Income Tax   _____
   e) Total of tax withholdings   _____
   f) Net Wages ( total is (a) less total of (e))   _____

C. Have there been, or are there currently, other garnishments in effect? (Including, but not limited to, child support and alimony.) __✓__ Yes _____ No.

   If the answer is yes, describe below.

   OHIO CHILD SUPPORT  $125.85 per pay
   _____

D. In addition to earnings, the Garnishee has custody, control or possession of non-earnings property (such as commissions, bank accounts, stocks, ect.) in which the Debtor maintains an interest. _____ Yes __✓__ No (If the answer is yes, describe below)

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. _____ | _____ | _____ |
| 2. _____ | _____ | _____ |
| 3. _____ | _____ | _____ |
| 4. _____ | _____ | _____ |

E. Garnishee anticipates owing to the Debtor in the future, the following amounts (non-earnings only):

| Amount | Estimate Date or Period Due |
|---|---|
| 1. $ _____ | _____ |
| 2. $ _____ | _____ |
| 3. $ _____ | _____ |
| 4. $ _____ | _____ |

F.  Complete items 1 through 3 below, if applicable:

   1. The Garnishee makes the following claim of exemption on the part of Debtor as indicated on the Claim for Exemption Form.

   _____
   _____
   _____

   2. The Garnishee has the following objections, defenses or set-offs to Plaintiff's right to apply Garnishee's indebtedness to Debtor upon Plaintiff's claim:

   _____
   _____
   _____

   3. The Garnishee was not and is not indebted or under liability to the Debtor, and the Garnishee did not or does not have in his/her possession or control any property belonging to the Debtor, or in which the Garnishee has an interest; and is not liable as Garnishee in this action for the following reason(s):

   _____
   _____
   _____

G.  The Garnishee delivered or mailed a copy of the original of this Answer by first-class mail to:

   (1) Clerk U.S. District Court U.S. Postoffice & Courthouse, Rm #326 Cincinnati, OH 45202

   (2) the Debtor:
   Tim S. Roberts
   6611 Hearne Rd., Apt. 98
   Cincinnati, OH 45248

   (3) the attorney for the United States:

   Deborah F. Sanders
   Assistant United States Attorney
   Southern District of Ohio
   303 Marconi Boulevard, Suite 200
   Columbus, Ohio 43215-2401

   _Bonnie Medlock_
   Garnishee

Subscribe and sworn to before me this __3__ day of _August_, 2004.

   _Judith C. Lambert_
   Notary Public
   My Commission expires: __JUDITH C. LAMBERT__
   Notary Public, State of Ohio
   My Commission Expires Jan. 12, 2006