**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>     **Plaintiff** )<br> ) **CASE NO: C-1-00-0157**<br>     vs. )<br> )<br>**TIM S. ROBERTS,** ) **JUDGE BECKWITH**<br> )   **MAGISTRATE JUDGE BLACK**<br>**SSN: XXX-XX-6127** )<br>     **Defendant,** )<br> )<br>     **and** )<br> )<br>**The Christ Hospital** )<br> )<br>     **Garnishee.** ) | |

**CERTIFICATE OF SERVICE ON JUDGMENT DEBTOR**
**AND ON GARNISHEE**

This is to certify under penalty of perjury that on August 11, 2004, the following documents were mailed, by first class regular mail upon return of original notice as "unclaimed", to the Defendant Tim S. Roberts, 6611 Hearne Rd., Apt. 98, Cincinnati, OH 45248.

1. Application for Writ of Continuing Garnishment;

2. Clerk's Notice of Garnishment, to which was attached a Claim for Exemption form with Instructions.

3. Writ of Continuing Garnishment;

4. Instructions to the Garnishee; and

5. Notice of Instructions to the above-named Defendant/Debtor for Objecting to Answer of Garnishee and for Obtaining a Hearing on the Objections.

I further certify under penalty of perjury that on July 22, 2004, the following documents were mailed, by certified mail, return receipt requested to Garnishee, The Christ Hospital, Attn: Human Resources, 2139 Auburn Avenue, Cincinnati, OH 45219.

1. Application for Writ of Continuing Garnishment;

2. Clerk's Notice of Garnishment, to which was attached a Claim for Exemption form with Instructions to Debtor.

3. Writ of Continuing Garnishment;

4. Instructions to the Garnishee;

5. Notice of Instructions to the above-named Defendant/Debtor for Objecting to Answer of Garnishee and for Obtaining a Hearing on the Objections.

6. Answer of the Garnishee.

Attached hereto is a copy of the Return of Service document evidencing service on July 26, 2004.

          Respectfully submitted,

          GREGORY G. LOCKHART
          United States Attorney

          s/Deborah F. Sanders
          DEBORAH F. SANDERS (0043575)
          Assistant United States Attorney
          Attorney for Plaintiff
          303 Marconi Boulevard, Suite 200
          Columbus, Ohio 43215
          (614) 469-5715
          Fax: (614) 469-5240
          Deborah.Sanders @usdoj.gov

N:\_ECF Workload\DSanders\roberts, tim cert.wpd