# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>   **Plaintiff** )<br> )  **CASE NO:  C-1-00-0157**<br>   vs. )<br> )<br>**TIM S. ROBERTS,** )  **JUDGE BECKWITH**<br> )   **MAGISTRATE JUDGE BLACK**<br>**SSN: XXX-XX-6127** )<br>   **Defendant,** )<br> )<br>   **and** )<br> )<br>**The Christ Hospital** )<br> )<br>   **Garnishee.** ) | |

## ANNUAL ACCOUNTING IN GARNISHMENT

Pursuant to Title 18, U.S.C. § 3205(c)(9)(A), the United States of America submits the following accounting of the monies and property received under the Order of Garnishment filed in the above entitled action.

Pursuant to the Order of Garnishment, payments have been withheld from the Judgment Debtor and applied to the judgment debt in accordance with the attached Exhibit A.

Respectfully submitted,

GREGORY G. LOCKHART
United States Attorney

s/Deborah F. Sanders
DEBORAH F. SANDERS (0043575)
Assistant United States Attorney
Southern District of Ohio
303 Marconi Boulevard, Suite 200
Columbus, Ohio  43215-2401
(614) 469-5715

## CERTIFICATE OF SERVICE

A true copy of the above and foregoing Annual Accounting In Garnishment was electronically filed with the Clerk of the Court using the CM/ECF system and mailed by first class mail, postage prepaid, this 7th day of September, 2005 to:

Tim S. Roberts
6611 Hearne Rd., Apt. 98
Cincinnati, OH  45248

The Christ Hospital/Health Alliance
Attn: Human Resources
2139 Auburn Avenue
Cincinnati, OH  45219

                                                 s/Deborah F. Sanders
                                                 DEBORAH F. SANDERS (0043575)
                                                 Assistant United States Attorney