PAYMENT HISTORY REPORT
FOR: 2000Z00066/001
DEBTOR: Roberts, Tim S.
COURT NUMBER: C-1-00-0157

CURRENT LIABILITY BALANCE: *$1,773.71*

| SEQ | FIN CODE | FIN COL | REC TYPE | DATE | FORM/ REC | REC BY | FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0027 | PMNT | WA | | 23-AUG-2004 | GR/G | | HEALTH ALLIANCE | OHS /04/220 | 1061009 | | $72.11 | 23-AUG-2004 |
| 0031 | PMNT | WA | | 21-SEP-2004 | GR/G | | Health Alliance/T.Ro | OHS /04/241 | 1065440 | | $62.72 | 21-SEP-2004 |
| 0032 | PMNT | WA | | 01-OCT-2004 | GR/G | | Health Alliance | OHS /05/001 | 1068543 | | $65.07 | 01-OCT-2004 |
| 0033 | PMNT | WA | | 04-OCT-2004 | GR/G | | health Alliance/T.Ro | OHS /05/002 | 1072517 | | $61.68 | 04-OCT-2004 |
| 0034 | PMNT | WA | | 18-OCT-2004 | GR/G | | Health Alliance | OHS /05/011 | 1075217 | | $123.36 | 18-OCT-2004 |
| 0035 | PMNT | WA | | 19-OCT-2004 | GR/G | | Health Alliance | OHS /05/012 | 1076753 | | $18.14 | 19-OCT-2004 |
| 0037 | PMNT | WA | | 03-DEC-2004 | GR/G | | Health Alliance | OHS /05/041 | 1507889 | | $59.59 | 03-DEC-2004 |
| 0038 | PMNT | WA | | 13-DEC-2004 | GR/G | | Health Alliance | OHS /05/046 | 1511792 | | $49.31 | 13-DEC-2004 |
| 0040 | PMNT | WA | | 04-JAN-2005 | GR/G | | Health Alliance | OHS /05/059 | 1516015 | | $57.30 | 04-JAN-2005 |
| 0041 | PMNT | WA | | 12-JAN-2005 | GR/G | | Health Alliance | OHS /05/064 | 1519707 | | $63.35 | 12-JAN-2005 |
| 0042 | PMNT | WA | | 24-JAN-2005 | GR/G | | Health Alliance/T.Ro | OHS /05/070 | 1523532 | | $51.08 | 24-JAN-2005 |
| 0043 | PMNT | WA | | 09-FEB-2005 | GR/G | | Health Alliance | OHS /05/081 | 1527370 | | $68.99 | 09-FEB-2005 |



GOVERNMENT EXHIBIT

CARDELS 800-783-0399

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 0044 | PMNT | WA | 22-FEB-2005 | GR/G | Health Alliance | OHS /05/088 | 1531502 | $38.95 | 22-FEB-2005 |
| 0045 | PMNT | WA | 07-MAR-2005 | GR/G | Health Alliance | OHS /05/097 | 1536078 | $29.87 | 07-MAR-2005 |
| 0046 | PMNT | WA | 22-MAR-2005 | GR/G | Health Alliance | OHS /05/106 | 1539645 | $29.87 | 22-MAR-2005 |
| 0047 | PMNT | WA | 04-APR-2005 | GR/G | Health Alliance | OHS /05/114 | 544458 | $29.88 | 04-APR-2005 |
| 0048 | PMNT | WA | 18-APR-2005 | GR/G | Health Alliance | OHS /05/124 | 1547672 | $29.87 | 18-APR-2005 |
| 0049 | PMNT | WA | 03-MAY-2005 | GR/G | Health Alliance | OHS /05/135 | 1552979 | $19.49 | 03-MAY-2005 |
| 0051 | PMNT | WA | 28-JUN-2005 | GR/G | Health Alliance | OHS /05/171 | 1569088 | $16.03 | 28-JUN-2005 |
| 0052 | PMNT | WA | 11-JUL-2005 | GR/G | Health Alliance | OHS /05/179 | 1574174 | $2.50 | 11-JUL-2005 |

Total Payments for Debtor:    $949.16