**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>      **Plaintiff** )<br>) CASE NO: C-1-00-0157<br>      vs. )<br>)<br>TIM S. ROBERTS, ) JUDGE BECKWITH<br>) MAGISTRATE JUDGE BLACK<br>SSN: XXX-XX-6127 )<br>      **Defendant,** )<br>)<br>      and )<br>)<br>The Christ Hospital )<br>)<br>      **Garnishee.** ) | |

**PLAINTIFF'S MOTION TO QUASH THE
ORDER OF GARNISHMENT**

    Plaintiff, United States of America, pursuant to 28 U.S.C. §3205(10), respectfully moves this Honorable Court to quash the Order of Garnishment filed on September 20, 2006 in the above captioned case. Plaintiff has received notification from the Garnishee indicating that the Garnishee is in no manner under liability to the Defendant Tim S. Roberts. The Defendant no longer is employed by the Garnishee as of May 22, 2006. Therefore, it is respectfully requested that the September 20, 2006 Order of Garnishment against the property of Tim S. Roberts be quashed.

                                       Respectfully submitted,

                                       GREGORY G. LOCKHART
                                       United States Attorney

                                       s/Deborah F. Sanders
                                       DEBORAH F. SANDERS (0043575)
                                       Assistant United States Attorney
                                       Southern District of Ohio
                                       303 Marconi Boulevard, Suite 200
                                       Columbus, Ohio 43215-2401
                                       (614) 469-5715

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion to Quash the Order of Garnishment was mailed to Tim S. Roberts, Defendant, 6611 Hearne Rd., Apt. 98, Cincinnati 45248, by first class mail, postage prepaid, this 16th day of September, 2006.

s/Deborah F. Sander
DEBORAH F. SANDERS (0043575)
Assistant United States Attorney