IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff<br><br>    vs.<br><br>TIM S. ROBERTS,<br><br>SSN: XXX-XX-6127<br>    Defendant,<br><br>    and<br><br>The Christ Hospital<br>    Garnishee. | )<br>)<br>) CASE NO: C-1-00-0157<br>)<br>)<br>) JUDGE BECKWITH<br>) MAGISTRATE JUDGE BLACK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER QUASHING THE
## WRIT OF CONTINUING GARNISHMENT

Upon Plaintiff's Motion to Quash Order of Garnishment and pursuant to the provisions of 28 U.S.C. §3205(10), and for good cause showing that the Garnishee in this action is in no manner liable as Garnishee,

**IT IS HEREBY ORDERED** that the September 20, 2006 Order of Garnishment against the property of Tim S. Roberts be quashed.

Date: _____

                                                                          _Timothy S. Black_
                                                          UNITED STATES MAGISTRATE JUDGE